UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80010-cr-MARRA
16-80011-CR-ROSENBERG

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

KESNER JOASEUS,
        Defendant.
_____/

### DEFENDANT KESNER JOASEUS' AGREED MOTION TO CONTINUE SENTENCING

Defendant, KESNER JOASEUS, through undersigned counsel moves to continue the Sentencing set for Wednesday, March 29, 2017 upon grounds as follows:

1. The Defendant has provided cooperation against another indicted defendant in an Identity Theft Case, and that defendant is scheduled to plead guilty on March 23, 2017.

2. The Assistant U.S. Attorney has advised that she will not be in a position to file a 5K1 Motion in this case prior to the completion of the other case.

3. The parties are also preparing a stipulation as to the restitution that will be due and need some additional time to review all the figures from both indictments. By finalizing an agreed Stipulation as to the restitution due, the parties will save the Court from setting a further restitution hearing after the sentencing.

4. In order to allow the U.S. Attorney's Office time to review the Defendant's cooperation and to enable the parties to reach a stipulation on restitution, a 60-day continuance of the Defendant's Sentencing is requested.

5. Counsel has consulted with Assistant U.S. Attorney Lauren Jorgensen who has authorized the Defendant to file as an Agreed Motion.

WHEREFORE, it is respectfully requested that the court continue the Sentencing for 60 days.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk using CM/ECF and furnished to all parties of Record this 22nd day of March, 2017.

MARTIN L. ROTH, ESQ.
1700 EAST LAS OLAS
SUITE 204
FORT LAUDERDALE FL.33301
TEL. 954-745-7697
By:/s/ *Martin L. Roth*
Martin L. Roth
Florida Bar.: 265004